UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PLUMBING CONNECTION, LLC, et al., )<br>)<br>Defendants. ) | Case No. CIV-24-673-R |

**ORDER**

The Court has been advised that Defendants Plumbing Connection, LLC, Morgan Caswell, Clinton Caswell II, Clinton Caswell, and Susan Caswell have each respectively filed a Voluntary Petition in Bankruptcy in the United States Bankruptcy Court for the Western District of Oklahoma.

Pursuant to 11 U. S. C. § 362, any proceedings against these Defendants in this case are stayed. Defendant Caswell Properties, Inc. has not indicated that it has filed a petition in bankruptcy. Because the automatic stay does not extend protection to non-debtors, and the suggestion of bankruptcy does not assert that any exception to this rule may apply, the proceedings against Caswell Properties, Inc. are not stayed at this time. *See In re Bednar*, No. 15-11916, 2016 WL 3475633, at *2 (Bankr. W.D. Okla. Jan. 22, 2016)).

IT IS SO ORDERED this 19th day of December, 2024.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE